# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

337

CA 10-01572

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

JOHN T. SIWULA, PLAINTIFF-APPELLANT,

V                                                                    ORDER

TOWN OF HORNELLSVILLE AND RAYMOND KRING,
INDIVIDUALLY AND AS SUPERINTENDENT OF
HIGHWAYS OF TOWN OF HORNELLSVILLE,
DEFENDANTS-RESPONDENTS.
--------------------------------------------
DANIEL T. STUTZMAN, RESPONDENT.

---

JOHN T. SIWULA, PLAINTIFF-APPELLANT PRO SE.

SHULTS AND SHULTS, HORNELL (DAVID A. SHULTS OF COUNSEL), FOR
RESPONDENT.

PATRICK F. MCALLISTER, TOWN ATTORNEY, WAYLAND, FOR
DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Steuben County Court (Peter C. Bradstreet, J.), entered November 25, 2009. The order granted the application of Daniel T. Stutzman, pursuant to Highway Law § 312, to confirm the jury's determination that a private road across his property was not necessary.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: March 25, 2011                           Patricia L. Morgan
                                                  Clerk of the Court